**Order entered February 26, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00201-CV

### RICHARD RALEY AND RALEY HOLDINGS, LLC, Appellants

### V.

### DANIEL K. HAGOOD, P.C. AND FITZPATRICK HAGOOD SMITH & UHL, LLP, Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00390-B**

## ORDER

Before the Court is appellees' February 24, 2020 second unopposed motion for extension of time to file their responsive brief. Appellees explain the extension is necessary because they have requested supplemental reporter's and clerk's records which have not yet been filed. We **GRANT** the motion as follows.

We **ORDER** court reporter Robin N. Washington and Dallas County Clerk John F. Warren to file, **no later than March 16, 2020**, the supplemental reporter's and clerk's records requested by appellees by letters dated January 8, 2020 and

January 15, 2020, respectively. We further **ORDER** appellees to file their responsive brief within thirty days of the filing of the supplemental records.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Washington, Mr. Warren, and the parties.

/s/    BILL WHITEHILL
       JUSTICE